IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 97-50594

Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RICKY HINOJOS MUNOZ,

Defendant-Appellant.

Appeal from the United States District Court
For the Western District of Texas
(MO-97-CR-3-1)

May 27, 1998

Before KING, HIGGINBOTHAM, and DAVIS, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Ricky Hinojos Munoz has filed a brief as required by <u>Anders v. California</u>, 386 U.S. 738 (1967). Our independent review of the brief, the record, and Munoz's response discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein and the APPEAL IS DISMISSED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.